## APPEALS ACCEPTED FOR REVIEW

**2013–1400.  Lee v. Cardington.**
Morrow App. No. 12CA0017, 2013-Ohio-3108. Discretionary appeal accepted on Proposition of Law No. I.

PFEIFER, O'DONNELL, and FRENCH, JJ., would also accept Proposition of Law No. II.

O'CONNOR, C.J., and LANZINGER and O'NEILL, JJ., dissent.

Discretionary cross-appeal not accepted.

O'CONNOR, C.J., and PFEIFER and FRENCH, JJ., dissent.

**2013–1410.  State v. Sowards.**
Gallia App. No. 06CA13, 2013-Ohio-3265. Discretionary appeal accepted and cause reversed and remanded for application of *State v. McDonald,* ___ Ohio St.3d ___, 2013-Ohio-5042, ___ N.E.2d ___.

O'DONNELL, KENNEDY, and FRENCH, JJ., dissent.

On motion for stay of execution. Motion denied.

**2013–1441.  State v. Ruff.**
Hamilton App. Nos. C–120533 and C–120534, 2013-Ohio-3234.

PFEIFER and LANZINGER, JJ., dissent.

**2013–1527.  Granger v. Auto–Owners Ins. Co.**
Summit App. No. 26473, 2013-Ohio-2792.

PFEIFER and LANZINGER, JJ., dissent.

**2013–1591.  State v. Quarterman.**
Summit App. No. 26400, 2013-Ohio-3606.

O'CONNOR, C.J., and O'DONNELL and FRENCH, JJ., dissent.